UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONI CRANDLE,

        Plaintiff,                              Case No. 1:14-cv-393

v.                                        HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed an Application for attorney fees pursuant to the Equal Access to Justice Act (Dkt 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 27, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Application for attorney fees pursuant to the Equal Access to Justice Act (Dkt 17) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff's counsel fees in the amount of $4,725.00.

Dated: May 17, 2016                          /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge